GULF LIFE INSURANCE CO. *v.* McDANIEL *et al.*

ATKINSON, Justice. This court will not entertain a petition for certiorari, in a personal-injury action, to review a decision of the Court of Appeals holding that the evidence authorized the finding of the jury that the relation of master and servant existed between the insurance company and its agent, the driver of the automobile inflicting the fatal injuries upon the plaintiff's husband, when upon a fair construction of its decision the Court of Appeals appears merely to have reviewed evidence and applied the rule well established in decisions of this court and the Court of Appeals for determination of whether an employee is a servant or an independent contractor. *Macon News Printing Co.* v. *Hampton,* 192 *Ga.* 623 (15 S. E. 2d, 793). Accordingly, the writ of certiorari having been improvidently granted, must be

*Dismissed. All the Justices concur, except Wyatt, J., who took no part in the consideration or decision of this case.*

No. 15996. NOVEMBER 14, 1947.

*T. J. Long, Joseph D. Tindall,* and *Richard M. Maxwell,* for plaintiff in error.

*Dorsey & Hames* and *Gordon B. Gann,* contra.